Robert D. Shields et al., Appellees, v. Lee Stickel et al., Appellees. Monarch Finance Corporation, Appellant.

Gen. No. 9,925.

opinion filed January 26, 1944; rehearing denied June 27, 1944. Clark B. Montgomery, for appellant; Walter D. Boyle and Fred W. Potter, Jr., for appellees. Opinion by JUSTICE WOLFE. Not to be published in full.

John Chucklin, Appellee, v. Joseph B. Fleming and Aaron Colnon, Trustees, Appellants.

Gen. No. 9,954.

opinion filed April 27, 1944; rehearing denied June 27, 1944. Stafford & Schoede and Edward C. Schoede, for appellants; Milton V. Thompson, of counsel; Huber & Reidy, for appellee; Isador I. Katz, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.